# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TENA L. GUEVARA                                                                                                PLAINTIFF

v.                                    Case No. 3:22-cv-00295-LPR-JTK

KILOLO KIJAKAZI,                                                                                              DEFENDANT
Acting Commissioner
Social Security

## ORDER

Pending before the Court is Plaintiff Tena Guevara's Application to Proceed *In Forma Pauperis*. (Doc. No. 1) Plaintiff's Application should be amended and completed in its entirety. In the Application's introductory paragraph, Robbie Gene Morgan, not Tena Guevara, is named as Plaintiff. (Doc. No. 1) That should be corrected. Additionally, Plaintiff does not indicate whether she has any monthly expenses and/or ongoing financial debts or obligations as requested on the standard form/application to proceed in this Court without prepaying fees or costs.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338.

Therefore, this Court directs Plaintiff to complete her Application correctly and in its entirety within fourteen (14) days of the date of this Order.

SO ORDERED THIS 23rd day of November, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE